Fill in this information to identify the case:

Debtor name **Feedex Companies LLC**

United States Bankruptcy Court for the: DISTRICT OF KANSAS

Case number (if known) **24-21039**

☐ Check if this is an
amended filing

# Official Form 206A/B
## Schedule A/B: Assets - Real and Personal Property    12/15

**Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).**

**Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.**

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

| Part 1: | Cash and cash equivalents |
|---|---|

**1. Does the debtor have any cash or cash equivalents?**

■ No. Go to Part 2.
☐ Yes Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | Current value of debtor's interest |
|---|---|

| Part 2: | Deposits and Prepayments |
|---|---|

**6. Does the debtor have any deposits or prepayments?**

☐ No. Go to Part 3.
■ Yes Fill in the information below.

7.  **Deposits, including security deposits and utility deposits**
    Description, including name of holder of deposit

| | | |
|---|---|---|
| 7.1. | **Checking account at First Bank Kansas** | $0.00 |
| 7.2. | **Checking account at Simmons Bank** | $0.00 |

8.  **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**
    Description, including name of holder of prepayment

9.  **Total of Part 2.**
    Add lines 7 through 8. Copy the total to line 81.     **$0.00**

| Part 3: | Accounts receivable |
|---|---|

**10. Does the debtor have any accounts receivable?**

■ No. Go to Part 4.
☐ Yes Fill in the information below.

| Part 4: | Investments |
|---|---|

13. **Does the debtor own any investments?**

   ■ No.  Go to Part 5.
   ☐ Yes Fill in the information below.

| Part 5: | Inventory, excluding agriculture assets |
|---|---|

18. **Does the debtor own any inventory (excluding agriculture assets)?**

   ■ No.  Go to Part 6.
   ☐ Yes Fill in the information below.

| Part 6: | Farming and fishing-related assets (other than titled motor vehicles and land) |
|---|---|

27. **Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

   ■ No.  Go to Part 7.
   ☐ Yes Fill in the information below.

| Part 7: | Office furniture, fixtures, and equipment; and collectibles |
|---|---|

38. **Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

   ☐ No.  Go to Part 8.
   ■ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 39. **Office furniture** | | | |
| 40. **Office fixtures** | | | |
| 41. **Office equipment, including all computer equipment and communication systems equipment and software** Assorted items of office equipment, including desks, chairs, computers, printers, paper, and office supplies | **$0.00** | | **$900.00** |

42. **Collectibles** *Examples*: Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles

43. **Total of Part 7.**
   Add lines 39 through 42.  Copy the total to line 86.

   | **$900.00** |
   |---|

44. **Is a depreciation schedule available for any of the property listed in Part 7?**
   ☐ No
   ■ Yes

45. **Has any of the property listed in Part 7 been appraised by a professional within the last year?**
   ■ No
   ☐ Yes

| Part 8: | Machinery, equipment, and vehicles |
|---|---|

46. **Does the debtor own or lease any machinery, equipment, or vehicles?**

   ☐ No.  Go to Part 9.
   ■ Yes Fill in the information below.

| General description Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **47.** | **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | |
| 47.1.   **2013 GMC Sierra truck** | **$0.00** | **Liquidation** | **$8,809.00** |
| 47.2.   **2015 GMC Sierra Truck** | **$0.00** | **Liquidation** | **$9,186.00** |
| 47.3.   **2010 GMC Sierra Truck** | **$0.00** | **Liquidation** | **$5,919.00** |
| 47.4.   **2016 Chevrolet Impala** | **$0.00** | **Liquidation** | **$11,888.00** |
| 47.5.   **2015 Doolittle Cargo trailer** | **$0.00** | **Liquidation** | **$2,000.00** |
| 47.6.   **2002 Sterling Yard tractor** | **$0.00** | **Liquidation** | **$5,000.00** |
| 47.7.   **1997 truck with Roto-Mix** | **$0.00** | **Liquidation** | **$2,000.00** |
| 47.8.   **See attached fixed asset list** | **$0.00** | **Liquidation** | **$300,000.00** |

**48.**   **Watercraft, trailers, motors, and related accessories** *Examples:* Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels

**49.**   **Aircraft and accessories**

**50.**   **Other machinery, fixtures, and equipment (excluding farm machinery and equipment)**

**51.**   **Total of Part 8.**

Add lines 47 through 50.  Copy the total to line 87.

| |
|---|
| **$344,802.00** |

**52.**   **Is a depreciation schedule available for any of the property listed in Part 8?**

☐ No

■ Yes

**53.**   **Has any of the property listed in Part 8 been appraised by a professional within the last year?**

■ No

☐ Yes

| Part 9: | **Real property** |
|---|---|

**54. Does the debtor own or lease any real property?**

☐ No.  Go to Part 10.

■ Yes Fill in the information below.

**55.**   **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of property Include street address or other description such as Assessor Parcel Number (APN), and type | Nature and extent of debtor's interest in property | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|

| of property (for example, acreage, factory, warehouse, apartment or office building, if available. | | | | |
|---|---|---|---|---|
| 55.1.  **Commercial real estate located at 1616 E Wasp Rd, Hutchinson KS 67501** | Fee simple | $0.00 | Liquidation | $2,100,000.00 |

56.    **Total of Part 9.**

Add the current value on lines 55.1 through 55.6 and entries from any additional sheets.
Copy the total to line 88.

| | |
|---|---|
| | $2,100,000.00 |

57.    **Is a depreciation schedule available for any of the property listed in Part 9?**

☐ No

■ Yes

58.    **Has any of the property listed in Part 9 been appraised by a professional within the last year?**

■ No

☐ Yes

**Part 10:    Intangibles and intellectual property**

59. **Does the debtor have any interests in intangibles or intellectual property?**

■ No.  Go to Part 11.

☐ Yes Fill in the information below.

**Part 11:    All other assets**

70. **Does the debtor own any other assets that have not yet been reported on this form?**

Include all interests in executory contracts and unexpired leases not previously reported on this form.

■ No.  Go to Part 12.

☐ Yes Fill in the information below.

| Part 12: | Summary |
|----------|---------|

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|------------------|-----------------------------------|-------------------------------|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $0.00 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $0.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $0.00 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $0.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $900.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $344,802.00 | |
| 88. **Real property.** *Copy line 56, Part 9.......................................................>* | | $2,100,000.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $0.00 | |
| 91. **Total.** Add lines 80 through 90 for each column | $345,702.00 | + 91b. $2,100,000.00 |
| 92. **Total of all property on Schedule A/B.** Add lines 91a+91b=92 | | $2,445,702.00 |

# Feedex Companies LLC - Fixed Assets 2024 - Book Depreciation

| TR # 2022 | Feedex Asset # | Description | New/ Used | Date Acquired | Tax Method | Life | Unadjusted Cost/Basis | Accum Depr at 1/1/24 | 2024 Depreciation |
|---|---|---|---|---|---|---|---|---|---|
| 3 | 12-03 | Hopper (used) | Used | 7/8/2012 | SL | 10 | 6,740 | 6,740.00 | 0.00 |
| 4 | 12-04 | 24 x 30 Conveyor | New | 7/8/2012 | SL | 10 | 3,765 | 3,765.00 | 0.00 |
| 5 | 12-05 | Concrete Blocking for Material Storage | New | 7/8/2012 | SL | 10 | 9,789 | 9,789.00 | 0.00 |
| 6 | 12-06 | Hyster Forklift (used) | Used | 7/8/2012 | SL | 10 | 3,500 | 3,500.00 | 0.00 |
| 7 | 12-07 | CPM Pellet Mill | New | 7/8/2012 | SL | 10 | 30,000 | 30,000.00 | 0.00 |
| 8 | 12-08 | CPM Century 3/16" x 2.5" Pellet Die | New | 7/8/2012 | SL | 10 | 1,000 | 1,000.00 | 0.00 |
| 9 | 12-09 | Shield 1500 Elevator | New | 7/8/2012 | SL | 10 | 9,250 | 9,250.00 | 0.00 |
| 10 | 12-10 | Shield 1535 Field Top Loader | New | 7/8/2012 | SL | 10 | 7,463 | 7,463.00 | 0.00 |
| 11 | 12-11 | New Century Die 1/4" x 2.5" | New | 11/1/2012 | SL | 10 | 2,379 | 2,379.00 | 0.00 |
| 12 | 12-12 | Rice Lake Digital Readout | New | 12/1/2012 | SL | 10 | 1,376 | 1,376.00 | 0.00 |
| 13 | 12-13 | New Century Die 1/4" x 2.25 | New | 12/6/2012 | SL | 10 | 2,729 | 2,729.00 | 0.00 |
| 14 | 12-14 | Controller for Mixer | New | 11/3/2012 | SL | 10 | 3,106 | 3,106.00 | 0.00 |
| 15 | 12-15 | Hopper (4.5 x 10) with Auger | New | 9/17/2012 | SL | 10 | 10,440 | 10,440.00 | 0.00 |
| 16 | 12-16 | Conveyor 10 Ft | New | 9/28/2012 | SL | 10 | 16,948 | 16,948.00 | 0.00 |
| 17 | 12-17 | Electric Wire | New | 7/16/2012 | SL | 10 | 1,982 | 1,982.00 | 0.00 |
| 18 | 12-18 | Electric Components | New | 7/16/2012 | SL | 10 | 2,755 | 2,755.00 | 0.00 |
| 19 | 12-19 | Electric Labor & Components | New | 7/16/2012 | SL | 10 | 3,656 | 3,656.00 | 0.00 |
| 20 | 12-20 | Electrical Emergency Stops | New | 8/3/2012 | SL | 40 | 330 | 330.00 | 0.00 |
| 21 | 12-21 | Electric Components | New | 8/3/2012 | SL | 10 | 394 | 394.00 | 0.00 |
| 22 | 12-22 | Electric Components | New | 8/21/2012 | SL | 10 | 4,250 | 4,250.00 | 0.00 |
| 23 | 12-23 | Electric Components | New | 9/12/2012 | SL | 10 | 6,649 | 6,649.00 | 0.00 |
| 24 | 12-24 | Electric Components | New | 10/1/2012 | SL | 10 | 4,103 | 4,103.00 | 0.00 |
| 25 | 12-25 | Electric Components | New | 10/12/2012 | SL | 10 | 2,787 | 2,787.00 | 0.00 |
| 26 | 13-01 | 6000 Gal Cone BTM Tank, Stand & Motor | New | 2/11/2013 | SL | 10 | 6,900 | 6,900.00 | 0.00 |
| 27 | 14-01 | 1997 Truck w/Roto-Mix #1FV6HJAA8VH862993 (Freightliner FL70) | Used | 2/14/2014 | SL | 5 | 45,000 | 45,000.00 | 0.00 |
| 28 | 14-02 | HYP Powermax Welder #65026319 | New | 3/6/2014 | SL | 10 | 2,802 | 2,766.98 | 35.02 |
| 29 | 14-03 | Feedex Plant, 1616 E Wasp Rd, Hutchinson KS 67501 | Used | 3/28/2014 | SL | 40 | 446,432 | 110,212.90 | 11,160.80 |
| 30 | 14-04 | Land Portion of Feedex Plant Purchase 3 Acres 1616 E Wasp Rd | Used | 3/28/2014 | | | | 10,000 | 0.00 | 0.00 |
| 32 | 14-06 | Actuator for Feedex Cooker | New | 3/14/2014 | SL | 10 | 1,455 | 1,436.81 | 18.19 |
| 33 | 14-07 | Scale Kit Over Hopper | New | 2/18/2014 | SL | 10 | 8,554 | 8,518.36 | 35.64 |
| 34 | 14-08 | Materials to Repair Feedex Mill | New | 3/31/2014 | SL | 10 | 8,855 | 8,559.83 | 295.17 |
| 35 | 14-09 | (2) Custom Augers 8" x 31' | New | 1/22/2014 | SL | 10 | 5,569 | 5,522.59 | 46.41 |
| 36 | 14-10 | 7.5HP 30Gal Central Unit & Vickers Valve Assy w/Sub Base | New | 2/21/2014 | SL | 10 | 5,630 | 5,489.25 | 140.75 |
| 38 | 14-12 | Moisture Meter | New | 3/18/2014 | SL | 10 | 3,700 | 3,623.00 | 77.00 |
| 39 | 14-13 | 1989 100HP Kewanee Boiler w/Vertical SS Feed Tank | Used | 5/30/2014 | SL | 10 | 30,985 | 29,694.00 | 1,291.00 |
| 68 | 14-14 | Expansion Boot for Corn Cooker | New | 6/20/2014 | SL | 10 | 1,909 | 1,813.55 | 95.45 |
| 40 | 14-15 | New Motor for 1997 Truck - asset 14-01 | New | 8/25/2014 | SL | 5 | 23,919 | 23,919.00 | 0.00 |
| 41 | 14-16 | Wiring for Flaker & Cooker | New | 8/1/2014 | SL | 10 | 35,656 | 33,576.07 | 2,079.93 |
| 42 | 14-17 | Concrete Blocking for Material Storage | New | 12/4/2014 | SL | 10 | 2,220 | 2,016.50 | 203.50 |
| 45 | 15-01 | Roof Vent | New | 3/11/2015 | SL | 10 | 3,552 | 3,137.60 | 355.20 |
| 46 | 15-02 | (2) Kinetico CP213 OD Water Softener | New | 3/25/2015 | SL | 10 | 6,907 | 6,043.63 | 690.70 |
| 47 | 15-03 | 2013 GMC Sierra 1500 SLT Truck VIN #GTP2WE79DG121418 (used) | Used | 3/31/2015 | SL | 5 | 32,628 | 32,628.00 | 0.00 |
| 48 | 15-04 | Electrical Components & Installation | New | 4/30/2015 | SL | 10 | 31,304 | 27,130.20 | 3,130.40 |
| 49 | 15-05 | Concrete Blocking for Material Storage | New | 5/22/2015 | SL | 10 | 3,252 | 2,791.30 | 325.20 |
| 50 | 15-06 | 2015 GMC Sierra 150 LT 3GTU2VEC2FG308013 | New | 5/28/2015 | SL | 5 | 47,865 | 47,865.00 | 0.00 |
| 52 | 15-08 | Grain Cooler (used) | Used | 6/30/2015 | SL | 10 | 80,561 | 68,476.85 | 8,056.10 |
| 55 | 15-11 | Prototype Corn Cooker (used) | Used | 7/1/2015 | SL | 10 | 50,000 | 42,500.00 | 5,000.00 |
| 58 | 15-13 | Westendorf 400 Bushel Gravity Wagon (used) | Used | 8/31/2015 | SL | 5 | 4,800 | 4,800.00 | 0.00 |
| 59 | 15-14 | UniBridge 70'X10' Motor Scale (used) 100 Ton Capacity | Used | 8/31/2015 | SL | 10 | 42,030 | 35,025.00 | 4,203.00 |
| 60 | 15-15 | Auger (used) | Used | 9/10/2015 | SL | 10 | 4,300 | 3,583.33 | 430.00 |
| 61 | 15-16 | Security Camera System @ Plant | New | 9/22/2015 | SL | 10 | 7,592 | 6,263.40 | 759.20 |
| 62 | 15-17 | Scale Pit | New | 9/30/2015 | SL | 10 | 28,774 | 23,738.55 | 2,877.40 |
| 63 | 15-18 | Year-A-Round Gravity Wagon (used) | Used | 9/30/2015 | SL | 5 | 7,500 | 7,500.00 | 0.00 |
| 70 | 16-01 | Hammermill (used) w/3-4 Yd Hopper & 10" Discharge Auger | Used | 3/1/2016 | SL | 10 | 69,669 | 54,574.05 | 6,966.90 |
| 71 | 16-02 | Concrete Blocking for Material Storage | New | 3/1/2016 | SL | 10 | 3,499 | 2,740.88 | 349.90 |
| 72 | 16-03 | 2010 GMC Sierra K1500 SL VIN #3GTRKVE3XAG260291 | Used | 4/8/2016 | SL | 5 | 28,968 | 28,968.00 | 0.00 |
| 73 | 16-04 | Air Compressor  SN: UTZ653967 | New | 4/8/2016 | SL | 10 | 2,800 | 2,170.00 | 280.00 |
| 74a | 16-05 | Sellers Boiler (new) | New | 4/30/2016 | SL | 10 | 193,997 | 148,731.10 | 19,399.70 |
| 75 | 16-06 | 2015 Doolittle Cargo Master 7x14 Trailer(new), ID #1DGCS1425FMC | New | 5/1/2016 | SL | 10 | 4,894 | 4,894.00 | 0.00 |
| 77 | 16-07 | Load Cells and Hardware for Feedex Scale (new) | New | 6/1/2016 | SL | 5 | 5,455 | 5,455.00 | 0.00 |
| 78 | 16-09 | Electrical Components & Installation | New | 6/10/2016 | SL | 10 | 101,677 | 77,105.10 | 10,167.70 |
| 74b | 16-10 | Matls & Lbr to Hook New Boiler to Pellet Mill | New | 7/7/2016 | SL | 10 | 34,476 | 25,857.00 | 3,447.60 |
| 79 | 16-11 | Lawn Mower-Bad Boy ZT Elite 60" SN:06161077 Model:BZE60260K | New | 8/2/2016 | SL | 5 | 4,954 | 4,954.00 | 0.00 |
| 80 | 16-12 | Replacement Rolls for Flaker | Used | 9/21/2016 | SL | 10 | 9,988 | 7,241.40 | 998.80 |

# Feedex Companies LLC - Fixed Assets 2024 - Book Depreciation

| TR # 2022 | Feedex Asset # | Description | New/ Used | Date Acquired | Tax Method | Life | Unadjusted Cost/Basis | Accum Depr at 1/1/24 | 2024 Depreciation |
|---|---|---|---|---|---|---|---|---|---|
| 81 | 16-13 | 2002 Sterling HT Yard Tractor VIN #2FWBASAK52AJ90760 | Used | 10/17/2016 | SL | 5 | 5,000 | 5,000.00 | 0.00 |
| 83 | 16-15 | Flaker Mill | New | 11/1/2016 | SL | 10 | 127,323 | 91,248.15 | 12,732.30 |
| 84 | 16-16 | Cooker | New | 11/1/2016 | SL | 10 | 194,031 | 139,055.55 | 19,403.10 |
| 85 | 16-17 | Building Expansion | New | 12/1/2016 | SL | 40 | 246,043 | 43,570.32 | 6,151.08 |
| 86 | 16-18 | Grain Bins | New | 12/1/2016 | SL | 10 | 223,966 | 158,642.58 | 22,396.60 |
| 87 | 16-19 | Electric Panels & Circuitry | New | 12/28/2016 | SL | 10 | 359,453 | 251,617.20 | 35,945.30 |
| 88 | 16-20 | VoIP Phone System with Phones | New | 12/28/2016 | SL | 10 | 5,763 | 4,034.20 | 576.30 |
| 89 | 16-21 | Grain Transfer System | New | 12/30/2016 | SL | 10 | 602,308 | 421,615.60 | 60,230.80 |
| 90 | 17-01 | 2016 Chevy Impala LTZ (used) VIN #2G1145S30G9124775 | Used | 1/9/2017 | SL | 5 | 22,231 | 22,231.00 | 0.00 |
| 91 | 17-02 | 1991 Cumming Onan 600DFGB Used Generator Set Serial #2518024 | Used | 3/6/2017 | SL | 10 | 30,939 | 21,141.70 | 3,093.90 |
| 92 | 17-03 | Additional Building Expansion | New | 3/31/2017 | SL | 10 | 116,154 | 78,403.95 | 11,615.40 |
| 93 | 17-04 | Piping for Flaker, Boiler, Cooker Relocation | New | 3/31/2017 | SL | 10 | 15,686 | 10,588.05 | 1,568.60 |
| 94 | 17-05 | Electric Panels & Circuitry | New | 4/30/2017 | SL | 10 | 69,695 | 46,463.33 | 6,969.50 |
| 95 | 17-06 | Paint Equipment at the Plant | New | 4/30/2017 | SL | 10 | 14,954 | 9,969.33 | 1,495.40 |
| 96 | 17-07 | Cooker Feed Screw | New | 5/12/2017 | SL | 10 | 3,835 | 2,556.67 | 383.50 |
| 97 | 17-08 | Mitsubishi Heat Pump System SER #DN79Y863K60 Model #MUZ-D3 | New | 7/6/2017 | SL | 10 | 4,259 | 2,768.35 | 425.90 |
| 98 | 17-09 | Concrete Blocking for Material Storage | New | 10/2/2017 | SL | 10 | 5,059 | 3,161.88 | 505.90 |
| 99 | 17-10 | Mixer for Thick Liquids | New | 10/31/2017 | SL | 10 | 2,771 | 1,708.78 | 277.10 |
| 100 | 17-11 | Dymax 96" Pushout Bucket | New | 11/2/2017 | SL | 5 | 18,000 | 18,000.00 | 0.00 |
| 101 | 17-12 | East Bin Catwalks, Stairs, Landing & Leg | New | 12/1/2017 | SL | 10 | 44,761 | 27,229.61 | 4,476.10 |
| 102 | 18-01 | Matls & Lbr to Supply Electricity to Pellet Mill | New | 1/17/2018 | SL | 10 | 23,108 | 13,672.23 | 2,310.80 |
| 103 | 18-02 | New Rolls for Flaker | New | 8/1/2018 | SL | 10 | 49,412 | 26,764.83 | 4,941.20 |
| 104 | 19-01 | Bagging System | New | 6/1/2019 | SL | 10 | 8,671 | 3,901.95 | 867.10 |
| 105 | 20-01 | HVAC System Replacement at Plant | New | 7/7/2020 | SL | 10 | 7,204 | 2,521.40 | 720.40 |
| | | **Total Fixed Assets 12/31/24** | | | | | 3,787,045 | 2,504,480 | 280,003 |
| | | | | | | | | | |
| | | GL Balance #13000 | | | | | 3,787,045 | | |

Debtor name  **Feedex Companies LLC**

United States Bankruptcy Court for the:  DISTRICT OF KANSAS

Case number (if known)  **24-21039**

☐ Check if this is an
amended filing

## Official Form 206D
## Schedule D: Creditors Who Have Claims Secured by Property                    12/15

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☐ Yes. Fill in all of the information below.

**Part 1:    List Creditors Who Have Secured Claims**

2. **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | Column A <br> **Amount of claim** <br> Do not deduct the value of collateral. | Column B <br> **Value of collateral that supports this claim** |
|---|---|---|

| 2.1 | **First Bank Kansas** <br> Creditor's Name | **Describe debtor's property that is subject to a lien** <br> **Commercial real estate located at 1616 E Wasp Rd, Hutchinson KS 67501** | $918,715.00 | $2,100,000.00 |
|---|---|---|---|---|

**1600 E 17th**
**Hutchinson, KS 67501**

Creditor's mailing address

**Describe the lien**

**business loan**

**Is the creditor an insider or related party?**

■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**

☐ No
■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**
**2014**
**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

☐ No
■ Yes. Specify each creditor, including this creditor and its relative priority.
**1. First Bank Kansas**
**2. Small Business Administration**

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

| 2.2 | **Small Business Administration** <br> Creditor's Name | **Describe debtor's property that is subject to a lien** <br> **Commercial real estate located at 1616 E Wasp Rd, Hutchinson KS 67501** | $500,000.00 | $2,100,000.00 |
|---|---|---|---|---|

**14925 Kingsport Rd**
**Fort Worth, TX 76155-2243**

Creditor's mailing address

**Describe the lien**

**business loan**

**Is the creditor an insider or related party?**

■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**

☐ No
■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**
**2021**
**Last 4 digits of account number**

| Debtor | **Feedex Companies LLC** | Case number (if known) | **24-21039** |
|---|---|---|---|
| | Name | | |

| Do multiple creditors have an interest in the same property? | As of the petition filing date, the claim is: Check all that apply |
|---|---|
| ☐ No | ☐ Contingent |
| ■ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Unliquidated |
| **Specified on line 2.1** | ■ Disputed |

| | | | |
|---|---|---|---|
| 3. | **Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.** | | **$1,418,715.00** |

| Part 2: | List Others to Be Notified for a Debt Already Listed in Part 1 |
|---|---|

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| **Clark Mize et al**<br>**129 S Eighth St**<br>**PO Box 380**<br>**Salina, KS 67402** | Line  **2.1** | |
| **SBA**<br>**PO Box 3918**<br>**Portland, OR 97208** | Line  **2.2** | |

Debtor name **Feedex Companies LLC**

United States Bankruptcy Court for the: DISTRICT OF KANSAS

Case number (if known) **24-21039**

☐ Check if this is an amended filing

## Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims                                    12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims.
List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and
Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and
2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1:   List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

   ☐ No. Go to Part 2.

   ■ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors
   with priority unsecured claims, fill out and attach the Additional Page of Part 1.

| | | Total claim | Priority amount |
|---|---|---|---|
| **2.1** Priority creditor's name and mailing address<br>**Reno County Treasurer**<br>**PO Box 1685**<br>**Hutchinson, KS 67504** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $66,301.00 | $66,301.00 |
| Date or dates debt was incurred<br>**2023** | Basis for the claim:<br>**property taxes** | | |
| Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (8) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

### Part 2:   List All Creditors with NONPRIORITY Unsecured Claims

3. **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill
   out and attach the Additional Page of Part 2.

| | | Amount of claim |
|---|---|---|
| **3.1** Nonpriority creditor's name and mailing address<br>**Advanced Ag Products LLC**<br>**1220 N Dakota**<br>**Canton, SD 57013**<br>Date(s) debt was incurred **2023**<br>Last 4 digits of account number __ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>Basis for the claim: **vendor**<br>Is the claim subject to offset? ■ No ☐ Yes | $8,000.00 |
| **3.2** Nonpriority creditor's name and mailing address<br>**All Star Trading**<br>**PO Box 88255**<br>**Carol Stream, IL 60188**<br>Date(s) debt was incurred **2024**<br>Last 4 digits of account number __ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>Basis for the claim: **vendor**<br>Is the claim subject to offset? ■ No ☐ Yes | $27,334.00 |

| 3.3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $12,735.00 |
|---|---|---|---|

**American Express**
PO Box 650448
**Dallas, TX 75265**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2024**

Basis for the claim:  **credit card**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $4,531.00 |
|---|---|---|---|

**American River Ag**
PO Box 4452
**El Dorado Hills, CA 95762**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2024**

Basis for the claim:  **vendor**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $10,431.00 |
|---|---|---|---|

**Baseline Creative**
**110 North Hillside**
**Wichita, KS 67214**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2024**

Basis for the claim:  **vendor**

Last 4 digits of account number _

Is the claim subject to offset? ☐ No  ☐ Yes

---

| 3.6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $18,219.00 |
|---|---|---|---|

**Bay State Milling Co**
**A/R Dept**
**100 Congress St**
**Quincy, MA 02169**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2024**

Basis for the claim:  **vendor**

Last 4 digits of account number _

Is the claim subject to offset? ☐ No  ☐ Yes

---

| 3.7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $11,090.00 |
|---|---|---|---|

**Bert & Wetta Sales Inc**
PO Box 130
**Larned, KS 67550**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2024**

Basis for the claim:  **vendor**

Last 4 digits of account number _

Is the claim subject to offset? ☐ No  ☐ Yes

---

| 3.8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $12,340.00 |
|---|---|---|---|

**Blackstrap Inc**
PO Box 258
**Neligh, NE 68756**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2024**

Basis for the claim:  **vendor**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $11,976.00 |
|---|---|---|---|

**Bourbon Logistics**
PO Box 36
**Jewell, KS 66949**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2024**

Basis for the claim:  **vendor**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

| | |
|---|---|
| **3.10** | **Nonpriority creditor's name and mailing address** |

**3.10**

**Nonpriority creditor's name and mailing address**

**CapRock Land Co LLC**
**PO Box 2999**
**Phoenix, AZ 85062**

Date(s) debt was incurred **2024**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **vendor**

Is the claim subject to offset? ■ No ☐ Yes

$17,263.00

---

**3.11**

**Nonpriority creditor's name and mailing address**

**CB Constantini LTD**
**910-980 Howe St**
**Vancouver BC**
**V6Z 0C8  Canada**

Date(s) debt was incurred **2024**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **vendor**

Is the claim subject to offset? ■ No ☐ Yes

$73,006.00

---

**3.12**

**Nonpriority creditor's name and mailing address**

**Central Plains Organic**
**349 Arrowhead Rd**
**Bremen, KS 66412**

Date(s) debt was incurred **2024**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **vendor**

Is the claim subject to offset? ■ No ☐ Yes

$268,836.00

---

**3.13**

**Nonpriority creditor's name and mailing address**

**Charlie's Electric Co**
**732 Cheyenne Rd**
**Inman, KS 67546**

Date(s) debt was incurred **2024**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **vendor**

Is the claim subject to offset? ■ No ☐ Yes

$24,621.00

---

**3.14**

**Nonpriority creditor's name and mailing address**

**Colorado Federal Agency**
**PO Box 37**
**Burlington, CO 80807**

Date(s) debt was incurred **2023**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **vendor**

Is the claim subject to offset? ■ No ☐ Yes

$17,888.00

---

**3.15**

**Nonpriority creditor's name and mailing address**

**Continental Agra Equipment**
**1400 S Spencer**
**Newton, KS 67114**

Date(s) debt was incurred **2023**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **vendor**

Is the claim subject to offset? ■ No ☐ Yes

$2,565.00

---

**3.16**

**Nonpriority creditor's name and mailing address**

**Corelife Organics LLC**
**7901 4th St N**
**Ste 300**
**Saint Petersburg, FL 33702**

Date(s) debt was incurred **2024**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **vendor**

Is the claim subject to offset? ■ No ☐ Yes

$4,894.00

---

---

| 3.17 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$2,513.00** |
|---|---|---|---|

**Dale Love**
14010 W Lake Cable Rd
Partridge, KS 67566

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2023**

**Basis for the claim:** **vendor**

Last 4 digits of account number ＿

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.18 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$8,264.00** |
|---|---|---|---|

**Dalhart R & R Machine Works**
PO Box 1330
Dalhart, TX 79022

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2023**

**Basis for the claim:** **vendor**

Last 4 digits of account number ＿

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.19 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$1,150.00** |
|---|---|---|---|

**Darren Young**
12365 N 279th St
Burrton, KS 67020

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2024**

**Basis for the claim:** **vendor**

Last 4 digits of account number ＿

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.20 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$1,660.00** |
|---|---|---|---|

**David Krehbiel Farms**
12508 W Parallel Rd
Pretty Prairie, KS 67570

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2024**

**Basis for the claim:** **vendor**

Last 4 digits of account number ＿

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.21 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$49,500.00** |
|---|---|---|---|

**Dehy Alfalfa Mills**
5935 McCall Ln
Arlington, NE 68002

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2024**

**Basis for the claim:** **vendor**

Last 4 digits of account number ＿

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.22 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$11,511.00** |
|---|---|---|---|

**Dennis Love**
4809 S High Point Rd
Partridge, KS 67566

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2023**

**Basis for the claim:** **vendor**

Last 4 digits of account number ＿

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.23 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$6,499.00** |
|---|---|---|---|

**Duncan Co**
425 Hoover St NE
Minneapolis, MN 55413

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2023**

**Basis for the claim:** **vendor**

Last 4 digits of account number ＿

Is the claim subject to offset? ■ No ☐ Yes

---

Case 24-21039    Doc# 17    Filed 08/16/24    Page 13 of 28

| 3.24 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $4,565.00 |
|---|---|---|---|
| | **EcoCert USA**<br>**PO Box 158**<br>**Plainfield, IN 46168** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred **2024** | Basis for the claim: **vendor** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.25 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $840.00 |
|---|---|---|---|
| | **Ehling Custom Mills**<br>**6311 W Morgan Ave**<br>**Hutchinson, KS 67501** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred **2023** | Basis for the claim: **vendor** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.26 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $3,070.00 |
|---|---|---|---|
| | **Eldon C Stutsman Inc**<br>**PO Box 250**<br>**Hills, IA 52235** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred **2023** | Basis for the claim: **vendor** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.27 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,000.00 |
|---|---|---|---|
| | **Enterprise Truck Rental**<br>**1333 S Tyler Rd**<br>**Wichita, KS 67209** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred **2023** | Basis for the claim: **vendor** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.28 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $2,047.00 |
|---|---|---|---|
| | **Evans Farms & Trucking**<br>**5350 SE 3rd St**<br>**Columbus, KS 66725** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred **2023** | Basis for the claim: **vendor** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.29 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $6,318.00 |
|---|---|---|---|
| | **Fee Insurance**<br>**2920 N Plum**<br>**Hutchinson, KS 67502** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred **2024** | Basis for the claim: **vendor** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.30 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $5,759.00 |
|---|---|---|---|
| | **Forker Suter**<br>**PO Box 1868**<br>**Hutchinson, KS 67504** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred **2024** | Basis for the claim: **vendor** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.31 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $13,600.00 |
|---|---|---|---|

**Global Processing Inc**
**3824 SW 93rd St**
**Hope, MN 56046**

Date(s) debt was incurred  **2023**

Last 4 digits of account number  _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **vendor**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.32 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $254,237.00 |
|---|---|---|---|

**Heartland Mill**
**124 N Hwy 167**
**Marienthal, KS 67863**

Date(s) debt was incurred  **2023**

Last 4 digits of account number  _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **vendor**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.33 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $27,995.00 |
|---|---|---|---|

**High Reach Equipment**
**3624 W 30th St**
**Wichita, KS 67217**

Date(s) debt was incurred  **2023**

Last 4 digits of account number  _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **vendor**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.34 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $2,632.00 |
|---|---|---|---|

**IBT Inc**
**PO Box 873065**
**Kansas City, MO 64187**

Date(s) debt was incurred  **2023**

Last 4 digits of account number  _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **vendor**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.35 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $2,958.00 |
|---|---|---|---|

**ILC Resources**
**PO Box 10312**
**Des Moines, IA 50331**

Date(s) debt was incurred  **2023**

Last 4 digits of account number  _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **vendor**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.36 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $115,344.00 |
|---|---|---|---|

**Ivan Trucking**
**1042 N Mathewson**
**Wichita, KS 67214**

Date(s) debt was incurred  **2023**

Last 4 digits of account number  _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **vendor**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.37 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $10,565.00 |
|---|---|---|---|

**Janzen Family Farms**
**15076 NW 180th St**
**Newton, KS 67114**

Date(s) debt was incurred  **2024**

Last 4 digits of account number  _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **vendor**

Is the claim subject to offset? ■ No  ☐ Yes

| 3.38 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $180.00 |
|------|--------|--------|--------|

**Kaufman Seeds Inc**
**9218 S Halstead St**
**Hutchinson, KS 67501**

Date(s) debt was incurred __2024__

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __vendor__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.39 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $747.00 |
|------|--------|--------|--------|

**Kearny County Organic First**
**c/o WAde Berlier**
**PO Box 1044**
**Lakin, KS 67860**

Date(s) debt was incurred __2023__

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __vendor__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.40 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $17,588.00 |
|------|--------|--------|--------|

**Keith Hershberger**
**8812 S Whiteside Rd**
**Hutchinson, KS 67501**

Date(s) debt was incurred __2023__

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __vendor__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.41 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $51,129.00 |
|------|--------|--------|--------|

**L Gromer Ltd**
**475 YQ Farm Bult Fontein**
**Skeerport SA  0232**
**South Africa**

Date(s) debt was incurred __2023__

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __vendor__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.42 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $745.00 |
|------|--------|--------|--------|

**Lampton Welding Supply**
**PO Box 765**
**Wichita, KS 67201**

Date(s) debt was incurred __2024__

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __vendor__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.43 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,622,784.00 |
|------|--------|--------|--------|

**Larry D Doskosil Living Trust**
**12511 S Hagen Ln**
**Olathe, KS 66062**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __business loan__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.44 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $14,440.00 |
|------|--------|--------|--------|

**Lester Schrock**
**10515 S Obee Rd**
**Haven, KS 67543**

Date(s) debt was incurred __2023__

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __vendor__

Is the claim subject to offset? ■ No ☐ Yes

| 3.45 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,385.00 |
|------|--------------------------------------------------|----------------------------------------------------------------------|-----------|

**LGG Industrial**
**Dept 6491**
**PO Box 11407**
**Birmingham, AL 35246**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2023**

**Basis for the claim:**  **vendor**

Last 4 digits of account number  _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.46 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $56,252.00 |
|------|--------------------------------------------------|----------------------------------------------------------------------|-----------|

**Lone Pine Enterprises**
**PO Box 416**
**Carlisle, AR 72024**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2023**

**Basis for the claim:**  **vendor**

Last 4 digits of account number  _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.47 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,083.00 |
|------|--------------------------------------------------|----------------------------------------------------------------------|-----------|

**Maverick Industries Inc**
**PO Box 391099**
**Omaha, NE 68139**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2023**

**Basis for the claim:**  **vendor**

Last 4 digits of account number  _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.48 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $12,692.00 |
|------|--------------------------------------------------|----------------------------------------------------------------------|-----------|

**McCarthy Family Farms**
**c/o Daniel Haden**
**4632 Hwy 12**
**Hawarden, IA 51023**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2023**

**Basis for the claim:**  **vendor**

Last 4 digits of account number  _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.49 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $2,398.00 |
|------|--------------------------------------------------|----------------------------------------------------------------------|-----------|

**MegaSack Corp**
**61 Hwy 371**
**Magnolia, AR 71753**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2024**

**Basis for the claim:**  **vendor**

Last 4 digits of account number  _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.50 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $369,548.00 |
|------|--------------------------------------------------|----------------------------------------------------------------------|-----------|

**MicroGold**
**500 N Main St**
**South Hutchinson, KS 67505**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  _

**Basis for the claim:**  **business loan**

Last 4 digits of account number  _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.51 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,001.00 |
|------|--------------------------------------------------|----------------------------------------------------------------------|-----------|

**Miniature Plastic Molding LLC**
**1111 N Washington**
**Wichita, KS 67214**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2023**

**Basis for the claim:**  **vendor**

Last 4 digits of account number  _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.52 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $6,392.00 |
|---|---|---|---|

**Murdock Supply**
PO Box 2775
Wichita, KS 67201

Date(s) debt was incurred  **2023**

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **vendor**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.53 | Nonpriority creditor's name and mailing address | | $3,756.00 |
|---|---|---|---|

**Nutra Blend LLC**
PO Box 202619
Dallas, TX 75320

Date(s) debt was incurred  **2023**

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **vendor**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.54 | Nonpriority creditor's name and mailing address | | $199.00 |
|---|---|---|---|

**On Time Sports**
214 S Cole Rd
Boise, ID 83709

Date(s) debt was incurred  **2023**

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **vendor**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.55 | Nonpriority creditor's name and mailing address | | $201,918.00 |
|---|---|---|---|

**OPINS COOP**
130 E 10th St
North Bend, NE 68649

Date(s) debt was incurred  **2023**

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **vendor**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.56 | Nonpriority creditor's name and mailing address | | $35,969.00 |
|---|---|---|---|

**Ozark Organics**
19 Prairie Ln
Buffalo, MO 65622

Date(s) debt was incurred  **2023**

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **vendor**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.57 | Nonpriority creditor's name and mailing address | | $10,481.00 |
|---|---|---|---|

**Peace Creek Farms LLC**
2406 N Brownlee Rd
Sylvia, KS 67581

Date(s) debt was incurred  **2023**

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **vendor**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.58 | Nonpriority creditor's name and mailing address | | $2,044.00 |
|---|---|---|---|

**Penske Truck Leasong Co LP**
PO Box 802577
Chicago, IL 60680

Date(s) debt was incurred  **2023**

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **services**

Is the claim subject to offset? ■ No  ☐ Yes

---

Case 24-21039    Doc# 17    Filed 08/16/24    Page 18 of 28

| 3.59 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$13,779.00** |
|------|-----------------------------------------------------|------------------------------------------------------------------------|----------------|

**Pinnacle Premix Hereford**
**3601 FM 2856**
**Hereford, TX 79045**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2023**

**Basis for the claim:**  **vendor**

Last 4 digits of account number  _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.60 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$100.00** |
|------|-----------------------------------------------------|------------------------------------------------------------------------|-------------|

**Pitney Bowes Global Financial**
**PO Box 981022**
**Boston, MA 02298**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2023**

**Basis for the claim:**  **services**

Last 4 digits of account number  _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.61 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$17,372.00** |
|------|-----------------------------------------------------|------------------------------------------------------------------------|----------------|

**PNC Equipment Finance LLC**
**PO Box 776908**
**Chicago, IL 60677**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2023**

**Basis for the claim:**  **services**

Last 4 digits of account number  _

Is the claim subject to offset? ☐ No  ☐ Yes

---

| 3.62 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$6,203.00** |
|------|-----------------------------------------------------|------------------------------------------------------------------------|---------------|

**Provini**
**PO Box 6319**
**Carol Stream, IL 60197**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2023**

**Basis for the claim:**  **vendor**

Last 4 digits of account number  _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.63 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$21,584.00** |
|------|-----------------------------------------------------|------------------------------------------------------------------------|----------------|

**Puris Proteins LLC**
**811 Glenwood Ave**
**Ste 230**
**Minneapolis, MN 55405**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2023**

**Basis for the claim:**  **vendor**

Last 4 digits of account number  _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.64 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$2,134.00** |
|------|-----------------------------------------------------|------------------------------------------------------------------------|---------------|

**RB Humphreys Inc**
**PO Box 1942**
**Hutchinson, KS 67504**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2023**

**Basis for the claim:**  **vendor**

Last 4 digits of account number  _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.65 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$500.00** |
|------|-----------------------------------------------------|------------------------------------------------------------------------|-------------|

**RCK Genetics**
**431 Romance Rd**
**Romance, AR 72136**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2023**

**Basis for the claim:**  **vendor**

Last 4 digits of account number  _

Is the claim subject to offset? ■ No  ☐ Yes

| 3.66 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $80,000.00 |
|---|---|---|---|

**Red Rock Contracting**
**408 W Red Rock Rd**
**Hutchinson, KS 67501**

Date(s) debt was incurred  __2023__

Last 4 digits of account number  _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __vendor__

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.67 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,273.00 |
|---|---|---|---|

**Reliant Transportation**
**PO Box 67009**
**Lincoln, NE 68506**

Date(s) debt was incurred  __2023__

Last 4 digits of account number  _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __vendor__

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.68 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $29,937.00 |
|---|---|---|---|

**Ropa Oregano**
**PO Box 71083**
**Clive, IA 50325**

Date(s) debt was incurred  __2023__

Last 4 digits of account number  _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __vendor__

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.69 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $385.00 |
|---|---|---|---|

**Rose Motor Supply**
**109 E Sherman**
**Hutchinson, KS 67501**

Date(s) debt was incurred  __2023__

Last 4 digits of account number  _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __vendor__

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.70 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $600.00 |
|---|---|---|---|

**SAIA Motor Freight Line LLC**
**PO Box 730532**
**Dallas, TX 75373**

Date(s) debt was incurred  __2023__

Last 4 digits of account number  _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __vendor__

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.71 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $358.00 |
|---|---|---|---|

**Salina Scale Sales & Serv**
**PO Box 3251**
**Salina, KS 67402**

Date(s) debt was incurred  __2023__

Last 4 digits of account number  _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __services__

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.72 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $20,040.00 |
|---|---|---|---|

**SBA**
**PO Box 3918**
**Portland, OR 97208**

Date(s) debt was incurred  __2023__

Last 4 digits of account number  _

☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim:  __business loan__

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.73 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $404.00 |
|---|---|---|---|

**SDK Laboratories**
**PO Box 886**
**Hutchinson, KS 67504**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2023**

Basis for the claim:  **vendor**

Last 4 digits of account number  _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.74 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,316,000.00 |
|---|---|---|---|

**Simmons Bank**
**100 E 30th St**
**Hutchinson, KS 67502**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2020**

Basis for the claim:  **business loan**

Last 4 digits of account number  _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.75 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $10,589.00 |
|---|---|---|---|

**Specialty Mechanical Inc**
**502 N Main**
**Garden Plain, KS 67050**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2023**

Basis for the claim:  **vendor**

Last 4 digits of account number  _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.76 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $14,016.00 |
|---|---|---|---|

**Stafford County Flour Mill**
**108 S Church St**
**Hudson, KS 67545**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2023**

Basis for the claim:  **vendor**

Last 4 digits of account number  _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.77 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $21,056.00 |
|---|---|---|---|

**Stainless Systems Inc**
**300 E 4th Ave**
**South Hutchinson, KS 67505**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2023**

Basis for the claim:  **vendor**

Last 4 digits of account number  _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.78 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $6,684.00 |
|---|---|---|---|

**Sunny State Products Inc**
**PO Box 6**
**San Jon, NM 88434**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2023**

Basis for the claim:  **vendor**

Last 4 digits of account number  _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.79 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $83,617.00 |
|---|---|---|---|

**The Redwood Group**
**5920 Nall Ave**
**Ste 400**
**Mission, KS 66202**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2023**

Basis for the claim:  **services**

Last 4 digits of account number  _

Is the claim subject to offset? ■ No ☐ Yes

| 3.80 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $83,617.00 |
|---|---|---|---|

**The Redwood Group LLC**
**c/o Atradius Collections**
**3500 Lacey Rd**
**Ste 220**
**Downers Grove, IL 60515**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  __vendor__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.81 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $14,898.00 |
|---|---|---|---|

**The Scoular Company**
**2027 Dodge St**
**Omaha, NE 68102**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  __2023__

Last 4 digits of account number __

Basis for the claim:  __vendor__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.82 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $878.00 |
|---|---|---|---|

**TYR Food Products Inc**
**400 SW 6th Ave**
**Ste 600**
**Portland, OR 97204**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  __2023__

Last 4 digits of account number __

Basis for the claim:  __vendor__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.83 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $109,875.00 |
|---|---|---|---|

**William Frazier**
**8915 N Plum**
**Hutchinson, KS 67502**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  __business loan__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.84 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,858.00 |
|---|---|---|---|

**Windstar Express Inc**
**PO Box 809**
**Carroll, IA 51401**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  __2023__

Last 4 digits of account number __

Basis for the claim:  __vendor__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.85 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $678.00 |
|---|---|---|---|

**Winona Attrition Mill Co**
**1009 W 5th St**
**Winona, MN 55987**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  __2023__

Last 4 digits of account number __

Basis for the claim:  __vendor__

Is the claim subject to offset? ■ No ☐ Yes

---

**Part 3:    List Others to Be Notified About Unsecured Claims**

**4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

**If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.**

| Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|

| Debtor | **Feedex Companies LLC** | | Case number (if known) | **24-21039** |
|--------|--------------------------|---|---|---|
| | Name | | | |

| | Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.1 | **Transworld Systems Inc**<br>**PO Box 15130**<br>**Wilmington, DE 19850** | Line **3.3**<br><br>☐ Not listed. Explain ____ | _ |

---

| Part 4: | Total Amounts of the Priority and Nonpriority Unsecured Claims |
|---|---|

**5. Add the amounts of priority and nonpriority unsecured claims.**

| | | | Total of claim amounts |
|---|---|---|---|
| **5a. Total claims from Part 1** | 5a. | $ | 66,301.00 |
| **5b. Total claims from Part 2** | 5b. **+** | $ | 5,328,922.00 |
| **5c. Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c. | $ | 5,395,223.00 |

Fill in this information to identify the case:

Debtor name __**Feedex Companies LLC**__

United States Bankruptcy Court for the: __DISTRICT OF KANSAS__

Case number (if known) __**24-21039**__

☐ Check if this is an
amended filing

## Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases                    12/15

**Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.**

1.  **Does the debtor have any executory contracts or unexpired leases?**
    ☐ No. Check this box and file this form with the debtor's other schedules.  There is nothing else to report on this form.
    ■ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal   Property* (Official Form 206A/B).

| **2. List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|
| 2.1. State what the contract or lease is for and the nature of the debtor's interest | **Lease for postage machine set for renewal in 1/2025** | |
| State the term remaining | |
| List the contract number of any government contract | **Pitney Bowes Credit Corp**<br>**PO Box 85390**<br>**Louisville, KY 40285** |

Debtor name   **Feedex Companies LLC**

United States Bankruptcy Court for the:   DISTRICT OF KANSAS

Case number (if known)   **24-21039**

☐ Check if this is an
   amended filing

# Official Form 206H
# Schedule H: Your Codebtors

12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

**1. Do you have any codebtors?**

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

■ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|
| Name | Mailing Address | Name | Check all schedules that apply: |
| 2.1 **Joan Doskocil** | **13800 W 116th St Apt 3412 Olathe, KS 66062** | **First Bank Kansas** | ■ D   **2.1**<br>☐ E/F _____<br>☐ G _____ |
| 2.2 **Larry D Doskocil Living Trust** | **12511 S Hagan Ln Olathe, KS 66062** | **First Bank Kansas** | ■ D   **2.1**<br>☐ E/F _____<br>☐ G _____ |
| 2.3 **Larry D Doskocil Living Trust** | **12511 S Hagan Ln Olathe, KS 66062** | **Small Business Administration** | ■ D   **2.2**<br>☐ E/F _____<br>☐ G _____ |
| 2.4 **William & Linda Frazier** | **8915 N Plum Hutchinson, KS 67502** | **First Bank Kansas** | ■ D   **2.1**<br>☐ E/F _____<br>☐ G _____ |
| 2.5 **William & Linda Frazier** | **8915 N Plum Hutchinson, KS 67502** | **Small Business Administration** | ■ D   **2.2**<br>☐ E/F _____<br>☐ G _____ |

**Additional Page to List More Codebtors**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| *Column 1:* **Codebtor** | *Column 2:* **Creditor** |
| --- | --- |

Debtor name **Feedex Companies LLC**

United States Bankruptcy Court for the: DISTRICT OF KANSAS

Case number (if known) **24-21039**

☐ Check if this is an
amended filing

Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals    12/15

| Part 1: | Summary of Assets |
| --- | --- |

1.  ***Schedule A/B: Assets-Real and Personal Property*** (Official Form 206A/B)

    **1a. Real property:**
    Copy line 88 from *Schedule A/B*.............................................................................................   $    **2,100,000.00**

    **1b. Total personal property:**
    Copy line 91A from *Schedule A/B*...........................................................................................   $    **345,702.00**

    **1c. Total of all property:**
    Copy line 92 from *Schedule A/B*.............................................................................................   $    **2,445,702.00**

| Part 2: | Summary of Liabilities |
| --- | --- |

2.  ***Schedule D: Creditors Who Have Claims Secured by Property*** (Official Form 206D)
    Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*...................   $    **1,418,715.00**

3.  ***Schedule E/F: Creditors Who Have Unsecured Claims*** (Official Form 206E/F)

    **3a. Total claim amounts of priority unsecured claims:**
    Copy the total claims from Part 1 from line 5a of *Schedule E/F*.............................................   $    **66,301.00**

    **3b. Total amount of claims of nonpriority amount of unsecured claims:**
    Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*.................... +$    **5,328,922.00**

4.  **Total liabilities** ....................................................................................................
    Lines 2 + 3a + 3b            $    **6,813,938.00**

☐ Check if this is an
amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☐   *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
☐   *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
☐   *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
☐   *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
☐   *Schedule H: Codebtors* (Official Form 206H)
☐   *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
☐   Amended *Schedule*
☐   *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
☐   Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **August 16, 2024**      X **/s/ William Frazier**
                                             Signature of individual signing on behalf of debtor

                                             **William Frazier**
                                             Printed name

                                             **Managing Member**
                                             Position or relationship to debtor