UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| Feedex Companies LLC | )<br>)<br>)<br>)<br>) Case No. 24-21039-dls<br>)<br>Debtor, ) Chapter 11<br>)<br>)<br>) |

STATUS REPORT

In accordance with the Court's order (Doc. #46), the Debtor submits this status report to assist in the status conference scheduled for November 7, 2024 at 1:46 pm. In support whereof, Debtor further states:

1. The present case was filed on August 14, 2024. Counsel for Debtor applied for employment on August 15, 2024, and the application was granted on Sept. 12, 2024.
2. The deadline for filing claims is December 16, 2024 for non-government entities, and February 14, 2025 for governmental entities. According to Section 2.01 of the filed Chapter 11 Plan, the Debtor will request that the Court set an administrative claim bar date upon confirmation of the Plan.
3. The proposed deadline to filing objections to claims is December 19, 2024.
4. The Debtor's proposed deadline for filing a report of allowed and disputed claims by class is December 19, 2024.
5. The proposed deadline for filing any avoidance actions is November 18, 2024.
6. The Debtor filed a disclosure statement and plan of liquidation on September 25, 2024. A hearing to approve the disclosure statement is currently set for December 12, 2024 at 1:46 pm.
7. Debtor is current on all monthly operating reports and other financial filings. The filed schedules are complete. The tax return filings are current.
8. The Chapter 11 plan in this case is a plan of orderly liquidation. Financial projections were filed with the Court at the outset of the case. With the disclosure statement, financial data on the past three (3) years of the Debtor's operation were provided. The case is proceeding

1

smoothly, and there currently are no issues or problems that are anticipated that would require Court resolution.

9. There are currently two appointed professionals in this case, the Debtor's counsel and the Debtor's accountant.  Upon confirmation of the Plan, the Debtor will request that the Court include in the confirmation order an administrative claims bar date, which would include any outstanding claims of appointed professionals.

                                      Respectfully submitted,

                                      Phillips & Thomas LLC

                                      By:  /s/ George J. Thomas 19230
                                      5251 W 116th Place Ste 200
                                      Leawood KS 66211
                                      Phone:  913 385 9900
                                      Email:  geojthomas@gmail.com
                                      Counsel for Debtor